(No. 5567—

ELMHURST-CHICAGO STONE COMPANY, A Delaware Corporation, Claimant, *vs.* STATE OF ILLINOIS, DIVISION OF HIGHWAYS, Respondent.

*Opinion filed April 27, 1971.*

ARTHUR J. RUDOLPH, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAÙL R. WEXLER, and JAMES RUBIN, Assistant Attorneys General, for Respondent.

BURKS, J.